FREDERIC L. HULME, APPELLANT, v. FREDERICK W. DONNELLY ET AL., BOARD OF COMMISSIONERS OF THE CITY OF TRENTON, RESPONDENTS.

Submitted December 6, 1920—Decided February 28, 1921.

On appeal from the Supreme Court, whose opinion is reported in 95 N. J. L. 30.

For the appellant, *Charles E. Bird.*

For the respondents, *Henry M. Hartman.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Swayze in the Supreme Court.

*For reversal*—None.